**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Mack Green, Petitioner.

Appellate Case No. 2010-164726

Appeal From Hampton County
Howard P. King, Circuit Court Judge

Memorandum Opinion No. 2012-MO-030
Heard June 20, 2012 – Filed July 25, 2012

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

**DISMISSED AS IMPROVIDENTLY GRANTED**

Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, all of Columbia, for Respondent.

**PER CURIAM:** After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**